LA CROSSE RUBBER MILLS CO., Appellant, v. DAKOTA
WHOLESALE COFFEE COMPANY, Respondent.

(154 N. W. 447.)

(File No. 3808. Opinion filed October 18, 1915.)

**Appeals—Assignment of Error, Necessity for—Jurisdiction of Supreme Court, Affirmance.**

A proper assignment of error is essential to the jurisdiction of the Supreme Court; and, appellant's brief containing none, the judgment is affirmed.

Appeal from Circuit Court, Brule County. Hon. FRANK B. SMITH, Judge.

Action by the La Crosse Rubber Mills Co. against the Dakota Wholesale Coffee Company: From a judgment for defendant plaintiff appeals. Affirmed.

*E. R. Slifer,* for Appellant.

*Spangler & Haney,* for Respondent.

POLLEY, J. The brief of appellant on this appeal contains no assignment of error, and, for that reason, there is nothing before this court for consideration. The proper assignment of error is essential to the jurisdiction of this court. In re Election of Directors and Officers of Cumberland M. & M. Co., 153 N. W. 761; John Seubert v. Fawick Tractor Co., recently decided by this court, 154 N. W. 446.

The order appealed from is affirmed.